UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSEGAZEAB ZERAHAIMANOT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE OBENLAND,<br><br>　　　　　Defendant. | NO. C15-1719RSL<br><br>ORDER REJECTING REPORT AND RECOMMENDATION; ORDER OF REFERENCE |

Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2254. Dkt. # 1. On November 2, 2015, the Honorable James P. Donohue, United States Magistrate Judge, issued an order granting leave for petitioner to file a signature page for the petition or verification by counsel within 20 days. Dkt. # 2. Petitioner did not correct the deficiency, and Judge Donohue therefore recommended that petitioner's federal habeas petition be dismissed. Dkt. # 3 (Report and Recommendation). Petitioner, through his counsel, objected to Judge Donohue's Report and Recommendation. Dkt. # 4. Counsel explained that he had erred but had since corrected the deficiency by filing petitioner's verification. Id.; Dkt. # 5. The Court therefore rejects the Report and Recommendation as moot and hereby re-refers this matter to Judge Donohue, pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), for any further proceedings he deems necessary.

//

//

//

ORDER - 1

1 | DATED this 6th day of January, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2