UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSEGAZEAB ZERAHAIMANOT,

          Petitioner,

    v.

MIKE OBENLAND,

          Respondent.

Case No. C15-1719-RSL

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer to the amended petition, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's amended petition for writ of habeas corpus (Dkt. 26) is DENIED.

(3)    Petitioner's amended petition and this action are DISMISSED with prejudice.

(4)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(5)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable James P. Donohue.

DATED this 1st day of November, 2016.

Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2